CHARLES C. RENNER *v.* MARY ELLA RENNER

[No. 31, January Term, 1940.]

690

*Decided April 3rd, 1940.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*Omer T. Kaylor,* for the appellant.

*Martin V. B. Bostetter,* submitting on brief, for the appellee.

DELAPLAINE, J., delivered the opinion of the Court.